| | |
|---|---|
| STATE OF SOUTH CAROLINA ) <br> ) <br> COUNTY OF RICHLAND ) <br> ) <br> D. Chad Lamoreaux, M.D. and Heidi Lamoreaux, ) <br> ☐ Plaintiff ) <br> ) <br> v. ) <br> ) <br> Palmetto Health; Charles D. Beaman, Jr., Et Al. ) <br> ☐ Defendant. ) | IN THE COURT OF COMMON PLEAS <br><br> CASE NO. <br> 2009-CP-40-1044 <br><br> MOTION AND ORDER INFORMATION <br> FORM AND COVER SHEET |

| Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|
| David E. Rothstein, Esq., Bar No. | Katherine Dudley Helms, Bar No. 2907 |
| Burnette & Rothstein, P.A. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Address: | Address: |
| 2322 Devine Street | 1320 Main Street, Suite 600 |
| Columbia, South Carolina 29205 | Columbia, South Carolina 29201 |
| phone: 803-251-0202 fax: 803-251-0222 | phone: 803-252-1300 fax: 803-254-6517 |
| e-mail: derothstein@mindspring.com other: | e-mail: kathy.helms@ogletreedeakins.com other: |

☒ **MOTION HEARING REQUESTED (attach written motion and complete SECTIONS I and III)**
☐ **FORM MOTION, NO HEARING REQUESTED (complete SECTIONS II and III)**
☐ **PROPOSED ORDER/CONSENT ORDER (complete SECTIONS II and III)**

**SECTION I: Hearing Information**
Nature of Motion: Motion for Protective Order
Estimated Time Needed: 30 min.    Court Reporter Needed: ☒ YES / ☐ NO

**SECTION II: Motion/Order Type**
☒ Written motion attached
☐ Form Motion/Order
    I hereby move for relief or action by the court as set forth in the attached proposed order.

_____    May 5, 2009
Signature of Attorney for ☐ Plaintiff / ☐ Defendant  WITNESS  Date submitted

**SECTION III: Motion Fee**
☒ PAID -- AMOUNT: $25.00
☐ EXEMPT:    ☐ Rule to Show Cause in Child or Spousal Support
(check reason) ☐ Domestic Abuse or Abuse and Neglect
    ☐ Indigent Status    ☐ State Agency v. Indigent Party
    ☐ Sexually Violent Predator Act    ☐ Post-Conviction Relief
    ☐ Motion for Stay in Bankruptcy
    ☐ Motion for Publication    ☐ Motion for Execution (Rule 69, SCRCP)
    ☐ Proposed order submitted at request of the court; or,
        reduced to writing from motion made in open court per judge's instructions
    Name of Court Reporter:
    ☐ Other:

| JUDGE'S SECTION | |
|---|---|
| ☐ Motion Fee to be paid upon filing of the attached order. <br> ☐ Other: | _____ <br> JUDGE <br><br> CODE: _____ Date: _____ |

**CLERK'S VERIFICATION**
Date Filed:
Collected by: _____

SCCA/233 (11-03)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF RICHLAND ) | CIVIL ACTION NO. 2009-CP-40-1044 |
| ) | |
| D. Chad Lamoreaux, M.D., and ) | |
| Heidi Lamoreaux, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Palmetto Health; Charles D. Beaman, ) | **MOTION FOR PROTECTIVE ORDER** |
| Jr., in his individual and official ) | |
| capacities; James L. Raymond, in his ) | |
| individual and official capacities; ) | |
| Katherine G. Stephens, in her individual ) | |
| and official capacities; University of ) | |
| South Carolina School of Medicine; ) | |
| Donald J. DiPette, M.D., in his ) | |
| individual and official capacities; John ) | |
| J. Walsh, IV, M.D., in his individual ) | |
| and official capacities; and David E. ) | |
| Koon, M.D., in his individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

Comes now Gene Massey, by and through his undersigned counsel of record, and move this Honorable Court for an Order limiting the examination of the Deposition of Gene Massey. Plaintiffs deposed Gene Massey on April 30, 2009. Gene Massey declined to answer questions pursuant to his Fifth Amendment privilege (as incorporated to the states by way of the Fourteenth Amendment). To the extent Rule 30(d) requires Massey to file a motion to perfect his privilege, this motion requests like protection.

RESPECTFULLY SUBMITTED, this 5th day of May, 2009.

_____
Mario A. Pacella
Robert E. Hood
Strom Law Firm, LLC
2110 Beltline Boulevard, Suite A
Columbia, South Carolina 29204
(803)252-4800

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF RICHLAND ) | CIVIL ACTION NO. 2009-CP-40-1044 |
| | |
| D. Chad Lamoreaux, M.D., and ) | |
| Heidi Lamoreaux, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Palmetto Health; Charles D. Beaman, ) | **CERTIFICATE OF SERVICE** |
| Jr., in his individual and official ) | |
| capacities; James L. Raymond, in his ) | |
| individual and official capacities; ) | |
| Katherine G. Stephens, in her individual ) | |
| and official capacities; University of ) | |
| South Carolina School of Medicine; ) | |
| Donald J. DiPette, M.D., in his ) | |
| individual and official capacities; John ) | |
| J. Walsh, IV, M.D., in his individual ) | |
| and official capacities; and David E. ) | |
| Koon, M.D., in his individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I Betty P. Cosby, an employee of the Strom Law Firm, LLC, do hereby certify that I have this _____ day of May, 2009, served the Motion for Protective Order on the following by placing in the U.S. Mail, proper postage affixed.

David E. Rothstein, Esquire
Burnette & Rothstein, P.A.
2322 Devine Street
Columbia, South Carolina  29205

Katherine Dudley Helms
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
1320 Main Street, Suite 600
Columbia, South Carolina  29201

Vance J. Bettis, Esq.
Shahin Vafai, Esq.
Gignilliat Savitz & Bettis, LLP
900 Elmwood Avenue, Suite 100
Columbia, South Carolina  29201

_____
Betty P. Cosby

Columbia, South Carolina
May _____, 2009